■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

STEPHEN SOUTHWELL, Appellant.—

The defendant explicitly waived his right to appeal to this court. The scope of this waiver extends to his right to appellate review of his claim that his statutory speedy trial rights were violated (see, People v Thill, 52 NY2d 1020; People v Clary, 52 NY2d 1023; People v Friscia, 51 NY2d 845; cf., People v Seaberg, 74 NY2d 1, 9; People v Blakely, 34 NY2d 311, 314-315). The appeals are therefore dismissed (People v Seaberg, supra). Bracken, J. P., Lawrence, Harwood and Balletta, JJ., concur.